orari to the Supreme Court of New York denied. *Mr. Neil P. Cullom* for petitioner. *Mr. G. Noyes Slayton* for respondent.

No. 354. ROSENBERG *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. A. E. Hurshman* and *Everett Kent* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 358. PHOENIX INSURANCE Co. ET AL. *v.* NEW YORK & HARLEM R. Co. ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. N. Cohen, John S. Sheppard,* and *Garrard Glenn* for petitioners. *Messrs. Jacob Aronson* and *Roy C. Gasser* for respondents.

No. 361. DAVIS *v.* NORTH CAROLINA. October 17, 1932. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Robert R. Williams* for petitioner. *Mr. Dennis G. Brummitt* for respondent.

No. 365. PARK, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George M. Morris* and *Frederick L. Pearce* for petitioner. *Solicitor General Thacher, As-*

646

*sistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key,* and *Francis H. Horan* for respondent.

No. 366. ISLAND PETROLEUM CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Paul F. Myers, John R. Yates,* and *J. Kemp Bartlett* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Morton K. Rothschild* for respondent.

No. 367. DIETRICH *v.* U. S. SHIPPING BOARD MERCHANT FLEET CORP. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Neil P. Cullom* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, J. Frank Staley,* and *Wm. H. Riley, Jr.,* for respondent.

No. 368. CHESAPEAKE & OHIO RY. CO. *v.* WOOD, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James P. Wood* and *David H. Leake* for petitioner. *Mr. R. B. Newcomb* for respondent.

No. 369. COTTON, TRUSTEE IN BANKRUPTCY, *v.* BENNETT. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.